# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 00-2745 DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Tami L. Athens

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is and shall be granted to the United States in the sum of $1,884.63 principal, plus prejudgment interest at the rate of eight percent per annum, cots of $150.00 and post judgment interest at the rate established by law.

DATE: June 14, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

12